SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842


Attorney for:
LESLIE LEGGETT II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-0185 TLN |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| LESLIE LEGGETT II, et. al., | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant

LESLIE LEGGETT II, by and through his counsel of record, Scott N. Cameron, hereby stipulate as

follows:

1.      By previous order, this matter was set for a status conference on December 8, 2016, at

9:30 a.m.

2.      By this stipulation, defendant now moves to continue the status conference to January

19, 2017, at 9:30 a.m., and to exclude time between December 8, 2016, and January 19, 2017, under

Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

1

1
2

    a.      Defendant made his initial appearance in this case on November 29, 2016.

    b.      Defendant was assigned his current counsel on November 30, 2016.

3
4

    c.      The government has produced discovery to the defense in this case which consists of approximately 184 pages of documents and video recordings.

5
6

    d.      Counsel for defendant desires additional time to review the discovery, consult with his client regarding the discovery, and conduct investigation.

7
8
9

    e.      The codefendant, Sharice Monique Williams, is already set for a status conference in this Court for January 19, 2017.

10

    f.      The government does not object to the continuance.

11
12
13

    g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

14
15
16
17
18
19
20

    h.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2016, to January 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

21

/ / /

22

/ / /

23

 / / /

24
25

/ / /                 (This Space Intentionally Left Blank)

26

/ / /

27

/ / /

28

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        December 6, 2016        PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ Roger Yang
                                      ROGER YANG
                                      Assistant United States Attorney

DATED:        December 6, 2016

                                      /s/ Scott Cameron
                                      SCOTT N. CAMERON
                                      Counsel for LESLIE LEGGETT II

**O R D E R**

IT IS SO FOUND AND ORDERED this 6th day of December, 2016.


_____
Troy L. Nunley
United States District Judge