SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LESLIE LEGGETT II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0185 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| LESLIE LEGGETT II and SHARICE WILLIAMS, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant LESLIE LEGGETT II, by and through his counsel of record, and SHARICE WILLIAMS, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 19, 2017, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference to February 23, 2017, at 9:30 a.m., and to exclude time between January 19, 2017, and February 23, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Defendant LEGGETT made his initial appearance in this case on November 29, 2016.

b. Defendant LEGGETT was assigned his current counsel on November 30, 2016.

c. The government has produced discovery to both defendants in this case which consists of approximately 184 pages of documents and multiple video recordings.

d. Counsel for both defendants desire additional time for counsel preparation, to review the discovery, consult with their respective client regarding the discovery, and conduct investigation. Moreover, both defense counsel desire the additional time to continue plea negotiations, which involves preparation for those negotiations, to confer with their respective client regarding those negotiations, and to conduct investigation to confirm the merits of settlement offers.

e. Counsel for defendant WILLIAMS is unavailable on January 19, 2017.

f. The government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2017, to February 23, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /         (This Space Intentionally Left Blank)

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 12, 2017           PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ Roger Yang
                                  ROGER YANG
                                  Assistant United States Attorney


DATED: January 12, 2017           /s/ Scott Cameron
                                  SCOTT N. CAMERON
                                  Counsel for LESLIE LEGGETT II


DATED: January 12, 2017           /s/ Bruce Locke
                                  BRUCE LOCKE
                                  Counsel for SHARICE WILLIAMS


**O R D E R**

IT IS SO FOUND AND ORDERED this 13th day of January, 2017.

_____
Troy L. Nunley
United States District Judge

3