SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LESLIE LEGGETT II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0185 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| LESLIE LEGGETT II, et. al., | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant LESLIE LEGGETT II, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 6, 2017, at 9:30 a.m.

2. By this stipulation, defendant now moves to continue the status conference to June 1, 2017, at 9:30 a.m., and to exclude time between April 6, 2017, and June 1, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced discovery in this case which consists of approximately

1

184 pages of documents and multiple video recordings.

  b. The government is currently accumulating discovery which it will be disclosing to the defense once obtained.

  c. Counsel for defendant desires additional time for counsel preparation, to review the discovery, consult with his client regarding the discovery, and conduct investigation. Moreover, defense counsel desires the additional time to continue plea negotiations, which involves preparation for those negotiations, to confer with his client regarding those negotiations, and to conduct investigation to confirm the merits of settlement offers.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 6, 2017, to June 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /    (This Space Intentionally Left Blank)

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   March 30, 2017					PHILLIP A. TALBERT
									United States Attorney

									/s/ Roger Yang
									ROGER YANG
									Assistant United States Attorney


DATED:   March 30, 2017					/s/ Scott Cameron
									SCOTT N. CAMERON
									Counsel for LESLIE LEGGETT II

**O R D E R**

IT IS SO FOUND AND ORDERED this 30th day of March, 2017.

_____
Troy L. Nunley
United States District Judge

3