SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LESLIE LEGGETT II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LESLIE LEGGETT II, et. al.,<br><br>                  Defendant, | CASE NO. 2:15-CR-0185 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant LESLIE LEGGETT II, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 1, 2017, at 9:30 a.m.

2. By this stipulation, defendant now moves to continue the status conference to July 20, 2017, at 9:30 a.m., and to exclude time between June 1, 2017, and July 20, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has produced discovery in this case which consists of approximately

1

184 pages of documents and multiple video recordings.

  b. Since the last continuance of the status conference, the government produced discovery of computer forensics to the defense.

  c. Counsel for defendant desires additional time for counsel preparation, to review the new computer forensic discovery, consult with his client regarding the discovery, and conduct investigation.

  d. Defense counsel also desires the additional time to continue plea negotiations, which involves preparation for those negotiations, to confer with his client regarding those negotiations, and to conduct investigation to confirm the merits of settlement offers.

  e. The government does not object to the continuance.

  f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2017, to July 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /     (This Space Intentionally Left Blank)

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 23, 2017          PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney

DATED: May 23, 2017          /s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LESLIE LEGGETT II

**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of May, 2017.

Troy L. Nunley
United States District Judge