SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LESLIE LEGGETT II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>LESLIE LEGGETT II, et. al.,<br><br>                       Defendant, | CASE NO. 2:15-CR-0185 TLN<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant LESLIE LEGGETT II, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for judgment and sentencing August 31, 2017, at 9:30 a.m.

    2.    By this stipulation, defendant now moves to continue judgment and sentencing to September 7 2017, at 9:30 a.m.

    3.    The need for the continuance is that defense counsel has been pre-assigned to trial in another matter in the Superior Court of California, County of Sacramento, Department 16. That unrelated trial is set to begin on August 21, 2017, and will likely cause defense counsel to be

1

unavailable for current sentencing date in the instant case.

4. The government does not object to the continuance.

5. The parties' sentencing memorandums, if any, are to be filed on or before August 31, 2017.

6. The U.S. Probation Department has been consulted regarding this stipulation and has no objection.

IT IS SO STIPULATED.

DATED: August 11, 2017     PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney

DATED: August 11, 2017     /s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LESLIE LEGGETT II

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of August, 2017.

_____
Troy L. Nunley
United States District Judge