**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Troy L. Nunley | **RE: Leslie Leggett II** |
| United States District Judge | **Docket Number: 2:15CR00185** |
| Sacramento, California | **Warrant Recall Request** |

Your Honor:

On July 25, 2019, a Petition for a Warrant was filed for the above-named offender as he failed to report to our office upon the commencement of his term of supervision. On September 30, 2019, this officer spoke with United States Probation Officer Mark Unlap from the Northern District of California (NDCA) who reported that the residential community corrections center, GEO Reentry, Inc., requested supervision in the NDCA as part of Mr. Leggett's release plan once his time was served. However, they failed to inform our office of this request. Officer Unlap reported that Mr. Leggett II has been under the supervision of the Northern District of California since his release. He further noted the offender is living in Berkeley, where he is also employed. Officer Unlap stated Mr. Leggett II is in compliance with his court ordered conditions and is requesting a transfer of jurisdiction pending the active warrant being recalled. Therefore, it is requested the Warrant issued by Your Honor on July 25, 2019, be recalled. Additionally, is it requested that jurisdiction of this case be transferred to the Northern District of California. This officer has made contact with the government who does not object to the above requests.

Respectfully Submitted:

/s/ Gelareh Farahmand

Gelareh Farahmand
Senior United States Probation Officer

Dated: September 30, 2019
       Sacramento, California

Reviewed by:

/s/ George A. Vidales

George A. Vidales
Supervising United States Probation Officer

**RE: Leslie Leggett II**
**Docket Number: 2:15CR00185**
**Warrant Recall Request**

## ORDER OF THE COURT

X    Warrant issued on July 25, 2019 has been recalled.

☐    Other:

October 1, 2019                         *[signature]*
**Date**                                      **Honorable Troy L. Nunley**
                                              **United States District Judge**

cc:    Roger Yang
        Assistant United States Attorney

        Rachelle Barbour
        Defense Counsel